PATRICIA McKINNEY *v.* KENNETH W. McKINNEY
(10779)

DALY, HEIMAN and SCHALLER, Js.

Argued March 29—decision released April 20, 1993

*Marylouise S. Black,* with whom, on the brief, was *Edwin R. Green,* for the appellant (defendant).

*Patricia McKinney,* pro se, the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.